UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARA TERRONE,

    Plaintiff,

v.                                                                 CASE NO: 8:11-cv-133-T-26MAP

THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Partial Reconsideration (Dkt. 19) is denied. Although the parties may have access to the administrative record, this Court does not have such access given the present state of the record. Consequently, the Court is unable to assess in light of the administrative record whether Plaintiff's discovery requests and Defendant's objections to those requests are well-founded. Counsel shall, therefore, adhere to the protocol set forth in the Court's order entered September 27, 2011, at docket 17.

**DONE AND ORDERED** at Tampa, Florida, on September 29, 2011.

                                             s/*Richard A. Lazzara*
                                             **RICHARD A. LAZZARA**
                                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record